IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASSANDRA ROBERTS, | No. C -14-04563(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| CAROLE GROOM, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The case management conference previously scheduled for January 13, 2015 is hereby vacated and removed from the calendar. No appearances are required.

**IT IS SO ORDERED.**

Dated: January 9, 2015

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge