UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASSANDRA ROBERTS,

    Plaintiff,

    v.

CAROLE GROOM, et al.,

    Defendants.

Case No. 14-cv-04563-EDL

**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND**

Re: Dkt. No. 13

Plaintiff Cassandra Roberts filed her complaint and Application to Proceed In Forma Pauperis ("IFP Application") on October 14, 2014. On October 21, 2014, this Court GRANTED Plaintiff's IFP Application but reserved its determination of compliance with 28 U.S.C. § 1915(e)(2)(B). On October 22, 2014, Plaintiff consented to magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c). On November 4, 2014, this Court dismissed Plaintiff's original complaint, reasoning that "Plaintiff's complaint does not make any clear claims against any Defendant and is largely unintelligible" and instructing Plaintiff that any amended complaint "should clearly state Plaintiff's factual allegations and make it plain which allegations and causes of action relate to which Defendants." (Dkt. 9.) On December 10, 2014, Plaintiff filed an amended complaint that does not resolve the deficiencies identified in this Court's prior order. Although the amended complaint identifies specific causes of action against each Defendant, it does not clearly state the factual allegations supporting those causes of action. See Fed. R. Civ. P. 8(a)(2) (requiring that a complaint include a "short and plain statement of the claim showing that the pleader is entitled to relief"). Furthermore, the amended complaint appears to assert claims pursuant to 42 U.S.C. § 1983 against non-governmental actors and state employees who may be entitled to qualified immunity. See Rendell-Baker v. Kohn, 457 U.S. 830, 835 (1982) ("A claim may be brought

1  under § 1983 only if the defendant acted 'under color' of state law."); Lacey v. Maricopa Cnty.,
2  649 F.3d 1118, 1130-31 (9th Cir. 2011) ("Qualified immunity shields public officials from civil
3  damages for performance of discretionary functions . . . . Qualified immunity protects all but the
4  plainly incompetent or those who knowingly violate the law . . . . [and] leaves ample room for
5  mistaken judgments." (citations and internal quotation marks omitted)).

6  Consequently, Plaintiff's amended complaint is dismissed with leave to amend. Any amended complaint must be filed by February 13, 2015, and must address the issues outlined above. Plaintiff is cautioned that this Court is disinclined to allow subsequent amendments. Plaintiff is again advised that she may wish to seek assistance from the Legal Help Center, a free service of the Volunteer Legal Services Program, by calling (415) 782-8982 or signing up for an appointment on the 15th Floor of the Courthouse, Room 2796. At the Legal Help Center, plaintiffs may speak with an attorney who may be able to provide basic legal help, but not legal representation. The Court also urges plaintiffs to obtain a copy of the Pro Se Handbook, available free of charge from the Court's website (www.cand.uscourts.gov) or in the Clerk's Office on the 16th Floor, 450 Golden Gate Avenue, San Francisco, CA.

**IT IS SO ORDERED**.

Dated: January 21, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge

2