UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CASSANDRA ROBERTS,

    Plaintiff,

  v.

CAROLE GROOM, et al.,

    Defendants.

Case No. 14-cv-04563-EDL

**ORDER REVOKING *IN FORMA PAUPERIS* STATUS**

On October 21, 2014, the Court granted Plaintiff's application to proceed *in forma pauperis*. On November 4, 2014, the Court dismissed Plaintiff's complaint with leave to amend. On December 10, 2014, Plaintiff timely filed an amended complaint. On January 21, 2015, the Court dismissed Plaintiff's amended complaint with leave to amend. On February 3, 2015, Plaintiff timely filed a seconded amended complaint. On February 26, 2015, the Court dismissed Plaintiff's case with prejudice. On March 24, 2015, Plaintiff filed a Notice of Appeal.

On March 30, 2015, the Ninth Circuit issued a Referral Notice to this Court to determine "whether in forma pauperis status should continue for this appeal or whether the appeal is frivolous or taken in bad faith." Based on the reasoning in the Court's February 26, 2015 order, the Court determines that the appeal is frivolous and hereby revokes Plaintiff's *in forma pauperis* status. See 28 U.S.C. § 1915(a)(3); Hooker v. American Airlines, 302 F.3d 1091 (9th Cir. 2002).

The Clerk of Court is ordered to notify the Ninth Circuit and the parties of the Court's decision.

**IT IS SO ORDERED.**

Dated: March 31, 2015

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge